# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ELISABETH A. FIERRO**

    **Plaintiff**

**vs.**

CASE NO.:

**BEACHES SANDBAR, INC.,**
a Florida Corporation

6:07-CV-809-ORL-19DAB

    **Defendant**

_____/

## PLAINTIFF'S VERIFIED COMPLAINT
## AND DEMAND FOR JURY TRIAL

### JURISDICTION AND VENUE

Plaintiff, ELISABETH A. FIERRO ("Ms. FIERRO"), sues Defendant, BEACHES

SANDBAR, INC. ("BEACHES"), and alleges:

1.    This action meets the jurisdictional requirements of 28 U.S.C. § 1331 and is proper under

28. U.S.C. § 1343. Venue is proper under 28 U.S.C. § 1391(b).

2.    This action arises under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C.

§ 2000e *et seq.*, as amended by the Pregnancy Discrimination Act of 1978 ("PDA"), 42

U.S.C. § 2000e(k), for sex discrimination in employment.

3.    Plaintiff, Ms. FIERRO, a female, was at all times relevant to this Complaint a resident of

Volusia County, Florida and an "employee" of the Defendant, as defined by 42 U.S.C. 2000e

(f).

4.    At all times relevant to this Complaint, Defendant, BEACHES, was a Florida corporation,

registered to do business in the State of Florida and doing business in Ormond Beach,

Volusia County, Florida.   However, at the time of filing this Complaint, Defendant corporation was in administrative dissolution as reflected in Florida's Division of Corporation's internet database. (See Exhibit A).

5.   At all times relevant to this Complaint, Defendant qualified as an "employer" as defined by 42 U.S.C. 2000e (b).

6.   The Plaintiff timely filed charges of illegal discrimination with the Equal Employment Opportunity Commission ("EEOC") and the Florida Commission on Human Rights ("FCHR") (EEOC Charge No.15 D 200603560). (See Exhibit B).

7.   The Plaintiff received her 90 day Notice of Right to Sue Letter from the EEOC dated February 26, 2007.  (See Exhibit C).

8.   All administrative remedies have been exhausted and all other conditions precedent have been met in order to bring this lawsuit.

9.   This lawsuit is timely filed.

## FACTUAL ALLEGATIONS

10.   Ms. FIERRO was solicited by Ron Beach ("Mr. Beach"), the owner and operator of BEACHES on or about September 17, 2005 to come and work for him at his bar as a bartender.

11.   Ms. FIERRO began working for BEACHES on or about September 25, 2005.

12.   On Thanksgiving day, 2005, Ms. FIERRO learned that she was pregnant.  Ms. FIERRO visited her doctor the next week and was advised that she could safely continue working her job at BEACHES.

13.   On or about Thursday, December 1, 2005, Ms. FIERRO advised her bar manager, Joe, last

2

name unknown ("LNU"), of her pregnancy

14. On or about Friday, December 9, 2005, Ms. FIERRO informed her boss, Mr. Beach, of her pregnancy.

15. The very next week, on or about Saturday, December 17, 2005, several of the other bartenders informed Ms. FIERRO that Mr. Beach did not want her working at BEACHES due to her being pregnant and that this would be her last night.

16. On or about December 17, 2005, Joe, LNU, Ms. FIERRO's manager, informed Ms FIERRO that Mr. Beach did not want her working there any longer because of her pregnancy and that this was her last night.

17. Ms. FIERRO asked Joe, LNU, specifically if she was being terminated due to her pregnancy and Joe, LNU told her that this was correct.

18. Ms. FIERRO dual filed a complaint based upon pregnancy discrimination with the EEOC and FCHR.  (See Exhibit D)

19. Ms. FIERRO was advised by the FCHR that it had no jurisdiction to investigate because BEACHES did not have a sufficient number of employees based upon the Employee Quarterly Reports and 941 Forms for March 2005 through June 2006. (See Exhibit E, p. 4, # 1).

20. Mr. Beach submitted an affidavit to the FCHR stating that he hired only independent contractors in 2005. (See Exhibit E, p. 4, # 2).

21. Since this action is a pregnancy discrimination claim, Ms. FIERRO can only file this action in Federal Court because Florida does not recognize pregnancy discrimination actions.  See *Dragotto v. Sav. Oil Co.*, No. 8:04-cv-734-T-30TGW, 2004 U.S. Dist. LEXIS 30069 at

*4(M.D. Fla. 2004)(citing *O'Loughlin v. Pinchback*, 579 So.2d 788, 791 (Fla. 1st DCA 1991)).

22. Ms. FIERRO is under the belief after working at BEACHES that BEACHES had fifteen or more employees during the time that she worked there but that Mr. Beach paid many of these employees in cash and under the table.

23. According to BEACHES Payroll Transactions by Payee for the period April 2005 through September 2006, the following employees worked in 2005: Tracy Bruce, Mary Ebbitt, Elisabeth Fierro, Ann Gibson, Meli. Guarniere, Kim Lozeau, Birian McCracken, Cheryl McNall, McMah. Parrott, Maegann Perry, Susie Phipps, Karen Shannon and Madeline Wigley. (See Exhibit F).

24. According to Ms. FIERRO, Mr. Beach concealed the following employees from being listed on the Payroll Transactions he provided to the FCHR: Kara or Cara, LNU, Jason Gallant, Matt Place, Thomas Freeman, Kevin LNU, Mike LNU and Joe LNE the bar manager. These additional people would provide the requisite number of people to invoke jurisdiction.

25. Ms. FIERRO worked for BEACHES since on or about September 17, 2005 yet even this Payroll Transactions form shows her receiving only two paychecks, one on December 13 and the other on December 28, 2005. (See Exhibit F).

26. Because of discrepancies in pay, Ms. FIERRO previously filed a Fair Labor Standards Act action against BEACHES in the Middle District of Florida, Orlando Division. (See *Fierro v. Beaches Sandbar, Inc.*, 6:06-cv-808-22-DAB (M.D. Fla. 2006)). This case amicably settled after Court approval. (Case 6:06-cv-808-22-DAB, Doc. 19 and 20).

27. On or about March 15, 2007, Ms. FIERRO filed a Verified Petition to Perpetuate Testimony with the Middle District of Florida, Case No.: 6:07-mc-37, in order to depose the record's custodian of BEACHES in order to determine the number of employees that BEACHES employed.

28. On April 13, 2007, that Petition was denied because "A Rule 27 Petition is not the

4

appropriate vehicle to discover the number of employees working at Beaches Sandbar prior
to filing suit. " (See Case No. 6.07-mc-37, Doc. 4, p. 4).

## COUNT I
## VIOLATION OF THE PREGNANCY DISCRIMINATION ACT OF 1978,
## 42 U.S.C. § 2000e(k)

29.  Ms. FIERRO restates and realleges the factual allegations contained in paragraphs ten (10)
through twenty-eight (28).

30.  Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a) states in pertinent part:

It shall be an unlawful employment practice for an employer:

(1) to fail or refuse to hire or to discharge any
individual, or otherwise to discriminate against any
individual with respect to his compensation, terms,
conditions or privileges of employment, because of
such individual's race, color, religion, **sex** or national
origin . . . (emphasis added).

31.  The Pregnancy Discrimination Act of 1978, 42 U.S.C. § 2000e(k) states in pertinent part:

The terms "because of sex" or "on the basis of sex"
include, but are not limited to, because of or on the
basis of pregnancy, childbirth, or related medical
conditions; and women affected by pregnancy,
childbirth, or related medical conditions shall be
treated the same for all employment-related purposes,
including receipt of benefits under fringe benefit
programs, as other persons not so affected but similar
in their ability or inability to work, and nothing in
section 703(h) of this title [42 USCS §§ 2000e-2(h)]
shall be interpreted to permit otherwise. . . .

32.  Within a short period of time after Ms. FIERRO notified her supervisor of her pregnancy,
BEACHES decided to terminate Ms. FIERRO because of her sex, pregnancy and impending
childbirth.

33.  BEACHES through its supervisory agents and employees subjected Ms. FIERRO to
disparate treatment from that of her non-pregnant and male co-workers by terminating the
employment of Ms. FIERRO, because of her sex, pregnancy and impending childbirth.

34.  BEACHES's discharge of Ms. FIERRO through its supervisory agents and employees,

constituted intentional employment discrimination in violation of Title VII and the PDA.

35.     BEACHES's discrimination, conducted through its supervisory agents and employees, against Ms. FIERRO, in violation of Title VII and the PDA, was willful, malicious and made with reckless indifference to Ms. FIERRO'S rights.

36.     As a result of BEACHES's unlawful, discriminatory conduct, Ms. FIERRO has suffered damages.

37.     WHEREFORE, Plaintiff, ELISABETH A. FIERRO, demands judgment against the Defendant BEACHES SANDBAR, INC., in the form of economic damages, including back pay with interest, reinstatement or front pay, damages for emotional distress, humiliation, embarrassment and inconvenience, punitive damages, reasonable attorneys' fees and costs and any other such relief that the court deems just and proper.

Frederick C. Morello, Esq.
Florida Bar No.: 0714933
lawarrior@advocates4justice.com
Michael G. Howard, Esq.
Florida Bar No.: 0636541
Mike@realacom.com
FREDERICK C. MORELLO, P.A.
111 North Frederick Avenue, 2nd Floor
Daytona Beach, FL 32114
(386) 252-0754
Fax (386) 252-0921
Attorneys for Plaintiff

ELISABETH FIERRO
4 Seaview Drive.
Ormond Beach, FL 32176

STATE OF FLORIDA
COUNTY OF VOLUSIA

The foregoing instrument was acknowledged before me this _10th_ day of May, 2007 by ELISABETH FIERRO, who is personally known to me or who has produced a _____ as identification and who states that the facts presented in this Verified Petition are true to the best of her knowledge.

Notary Public [signature]

SEAL:

KATHLEEN R. BRIDGES
MY COMMISSION # DD 641102
EXPIRES: February 15, 2011
Bonded Thru Budget Notary Services

7



## Florida Profit

### BEACHES SANDBAR, INC.

PRINCIPAL ADDRESS
1317 NORTH HALIFAX AVENUE
DAYTONA BEACH FL 32118

MAILING ADDRESS
1317 NORTH HALIFAX AVENUE
DAYTONA BEACH FL 32118

| Document Number | FEI Number | Date Filed |
|---|---|---|
| P99000075656 | 593594062 | 08/25/1999 |

| State | Status | Effective Date |
|---|---|---|
| FL | INACTIVE | NONE |

| Last Event | Event Date Filed | Event Effective Date |
|---|---|---|
| ADMIN DISSOLUTION FOR ANNUAL REPORT | 10/04/2002 | NONE |

## Registered Agent

| Name & Address |
|---|
| SPIEGEL & UTRERA, P.A.<br>343 ALMERIA AVENUE<br>CORAL GABLES FL 33134 |

## Officer/Director Detail

| Name & Address | Title |
|---|---|
| BEACH, RONALD J<br>1317 NORTH HALIFAX AVENUE<br><br>DAYTONA BEACH FL 32118 | PSTD |

## Annual Reports

PLAINTIFF'S
EXHIBIT
A

| Report Year | Filed Date |
|---|---|
| 2000 | 09/18/2000 |
| 2001 | 05/16/2001 |

[ Previous Filing ]    [ Return to List ]    [ Next Filing ]

<u>View Events</u>
No Name History Information

## Document Images
Listed below are the images available for this filing.

05/16/2001 -- ANNUAL REPORT
09/18/2000 -- ANNUAL REPORT
08/25/1999 -- Domestic Profit

**THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION OR CONFLICT**

Corporations Inquiry          Corporations Help

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | ENTER CHARGE NUMBER<br>[] FEPA<br>[] EEOC |
|---|---|

## FLORIDA COMMISSION ON HUMAN RELATIONS and EEOC
### (State or local Agency, if any)

| NAME (Indicate Mr., Ms., or Mrs.)<br><br>ELISABETH FIERRO | HOME TELEPHONE NO. (Include Area Code)<br><br>386-453-4477 |
|---|---|

| STREET ADDRESS<br>3042 ESPERANZA AVE. | CITY, STATE AND ZIP CODE<br>DAYTONA BEACH SHORES, FL 32118 | COUNTY<br>VOLUSIA |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>BEACHES SAND BAR | NO. OF EMPLOYEES/MEMBERS<br>APPROXIMATELY 17 | TELEPHONE No. (Include Area Code)<br>386-671-1711 |
|---|---|---|

| STREET ADDRESS<br>203 EAST GRANADA BLVD.. | CITY, STATE AND ZIP CODE<br>ORMOND BEACH, FL 32176 |
|---|---|

| NAME<br>N/    RON BEACH | TELEPHONE No. (Include Area Code)<br>386-671-1711 |
|---|---|

| STREET ADDRESS<br>1320 S. ATLANTIC AVE. | CITY, STATE AND ZIP CODE<br>DAYTONA BEACH, FL 32118 |
|---|---|

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))<br>[] RACE   [] COLOR   [X] SEX   [] RELIGION   [] NATIONAL ORIGIN [] AGE<br>[] RETALIATION                              [X] OTHER (SPECIFY) PREGNANCY | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE<br>(Month,day,year)<br>12-17-05 |
|---|---|

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I was hired on September 25, 2005 by Ron Beach, the owner of Beaches Sand Bar as a bartender. I found out that I was pregnant on Thanksgiving Day, 2005. When I visited my doctor the following week, I was informed that there would be no problem with my continuing to work. On or about December 1, 2005, I informed my bar manager, Joe, that I was pregnant and next informed my boss, Ron Beach, on or about December 9, 2005. The following week, a few of the other bartenders informed me that Ron Beach, the owner, was not going to allow me to work at the bar because I was pregnant. On December 17, 2005 around 3:00 A.M., just after I finished cleaning my work area for the night, Joe, the bar manager, informed me that Ron Beach did not want me to work there because I was pregnant and that this night was my last night to work. When I specifically asked Joe if the reason for my firing was because I was pregnant, Joe answered yes. I was given a pay check for that week, the only paycheck I received for the entire time that I had worked at Beaches Sandbar. I believe that my employer discriminated against me due to my Sex, Female, and my being pregnant, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| [X]  I also want this charge filed with the EEOC.<br>I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary to meet State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>*Elisabeth Fierro*  6/15/2006 | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT<br>*Elisabeth Fierro*  6/15/2006<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year)<br>*Kathleen R. Bridges*<br>6-15-06 |

**PLAINTIFF'S EXHIBIT B**

Date _____ (Signature)

KATHLEEN R. BRIDGES<br>Notary Public - State of Florida<br>My Commission Expires Feb 11, 2007<br>Commission # DD163231<br>Bonded By National Notary Assn.

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE...

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
# NOTICE OF RIGHT TO SUE
*(ISSUED ON REQUEST)*

| To:<br>Elisabeth Fierro<br>3042 Esperanza Avenue<br>Daytona Beach Shores , Florida  32118<br><br>☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL*<br>*(29 C.F.R. 1601.7(a))* | From:<br>Miami District Office<br>Equal Employment Opportunity<br>One Biscayne Tower, Suite 2700<br>2 South Biscayne Boulevard<br>Miami, Florida  33131-1805 |
|---|---|

| Charge Number<br>510-2006-03021 | EEOC Representative<br>Monica Donastorg-Smith, Investigator | Telephone Number<br>(305) 808-1750 or 808-1765 |
|---|---|---|

(See the additional information attached to this form.)

## NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act(ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your suit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

- [X] More than 180 days have passed since the filing of this charge.

- [ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

- [x] The EEOC is terminating its processing of this charge.

- [ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

- [ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

- [ ] EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required). EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court compliant to this office.

On Behalf of the Commission

**FEB 2 6 2007**
_____
(Date Mailed)

*[signature]*
_____
Federico Costales, District Director

Enclosures
   Information Sheet
   Copy of Charge

cc:  Beaches Sand Bar<br>     c/o Human Resources Director<br>     203 East Granada Blvd.<br>     Ormond Beach, Florida 32176

Frederick C. Morello<br>The Law Office Of Fred C. Morello, P.A.<br>111 North Frederick Avenue, 2nd Floor<br>Daytona Beach, Florida  32114

**PLAINTIFF'S EXHIBIT**
C





# *State of Florida*
# Florida Commission on Human Relations

*An Equal Opportunity Employer ●Affirmative Action Employer*

2009 Apalachee Parkway ● Suite 100 ● Tallahassee, Florida 32301-4857

(850) 488-7082
Web Site http://fchr.state.fl.us

**Jeb Bush**
*Governor*

**Rita Barreto Craig**
*Chair*

**Derick Daniel**
*Executive Director*



### NOTICE OF RECEIPT OF COMPLAINT
### AMENDED
July 27, 2006

Ms. Elisabeth Fierro
c\o Deborah M. Hallisky, Esquire
The Law Office of Frederick Charles Morello, P.A.
111 North Frederick Avenue, Second Floor
Daytona Beach, FL 32114

Re:   FCHR No. 200601798
      EEOC No. 15D200603560
      <u>Fierro, Elisabeth v. Beaches Sand Bar, Inc.</u>

Dear Ms. Fierro:

The Commission has received your complaint of employment discrimination and has assigned the above referenced charge numbers.  The Commission will provide a copy of your charge and notice of charge to the Respondent simultaneously with this notice. We will make every attempt to investigate your claim within 180 days and if we exceed that time limit, we will notify you by letter of your options.

You filed your charge under one or more of the following laws:  (a) The Florida Civil Rights Act of 1992, as amended (Chapter 760, Florida Statutes); (b) Title VII of the Civil Rights Act of 1964, as amended; (c) The Age Discrimination in Employment Act (ADEA); and/or (d) The Americans with Disabilities Act (ADA).

In accordance with our procedures, we have dual – filed your charge with the U.S. Equal Employment Opportunity Commission.  Section 1601.76 of EEOC regulations entitles you to request a Substantial Weight Review of this Commission's final findings.  To obtain this review, you must notify the EEOC in writing within fifteen (15) days of your receipt of this Commission's final findings in your case.   You are not required to make a request for review at this time.

---

### COMMISSIONERS

| | | | |
|---|---|---|---|
| **Donna Elam, Vice Chair**<br>*Orlando* | **Gayle Cannon**<br>*Lake City* | **Billy Whitefox Stall**<br>*Panama City* | **Dominique B. Saliba**<br>*Miami Lakes* |
| **Keith A. Roberts**<br>*Dania Beach* | **Roosevelt Paige**<br>*Orange Park* | **Gilbert M. Singer**<br>*Tampa* | **Anice R. Prosser**<br>*Tallahassee* |
| **Shabrukh S. Dhanji**<br>*Coconut Creek* | | **Mario Valle**<br>*Naples* | **Onelia A. Fajardo**<br>*Miami* |





# *State of Florida*
# Florida Commission on Human Relations

*An Equal Opportunity Employer* ●*Affirmative Action Employer*

**Jeb Bush**
*Governor*

2009 Apalachee Parkway ● Suite 100 ● Tallahassee, Florida 32301-4857
(850) 488-7082
Web Site http://fchr.state.fl.us

**Rita Barreto Craig**
*Chair*

**Derick Daniel**
*Executive Director*

---

Cert. Mail Receipt No.: 7006 0810 0002 3490 5982

FCHR No.: 200601798
EEOC No.: 15D200603560

**ELISABETH FIERRO**
c/o Ms. Deborah M. Hallisky
The Law Office of Fredrick Charles Morello, P.A.
Daytona Beach, FL 32114

**Complainant**

**BEACHES SANDBAR, INC.**
c/o Mr. Gregory D. Snell
Snell Legal
700 West Granada Boulevard
Ormond Beach, FL 32174

**Respondent**

### NOTICE OF DETERMINATION: NO JURISDICTION

**PLEASE TAKE NOTICE** that a Determination has been made on the above-referenced complaint and there is no jurisdiction. A copy of the Determination is attached.

The parties are advised that Complainant may request that a formal, post-investigative proceeding be conducted. The Request for Hearing/Petition for Relief must be filed within 35 days of the date of mailing of this Notice and should be in compliance with the provision of Rule 60Y-5.008 and Chapter 60Y-4, Florida Administrative Code. A Petition for Relief form is enclosed. If you elect to file a Petition for Relief, it may be beneficial to seek legal counsel prior to filing the petition.

This action will not become final until time has expired for Complainant to file a Request for Petition for Relief. Failure of Complainant to timely file a petition for relief will result in dismissal of the complaint pursuant to Rule 60Y-5.006, Florida Administrative Code.

FOR THE FLORIDA COMMISSION ON HUMAN RELATIONS:

_____
Clerk of the Commission



**PLAINTIFF'S EXHIBIT**

E

---

### COMMISSIONERS

| | | | |
|---|---|---|---|
| **Dr. Donna Elam, Vice Chair**<br>*Orlando* | **Gayle Cannon**<br>*Lake City* | **Billy Whitefox Stall**<br>*Panama City* | **Dr. Dominique B. Saliba**<br>*Pembroke Pines* |
| **Keith A. Roberts**<br>*Dania Beach* | **Dr. Anne Hopkins**<br>*Jacksonville* | **Gilbert M. Singer**<br>*Tampa* | **Anice R. Prosser**<br>*Tallahassee* |
| **Shahrukh S. Dhanji**<br>*Coconut Creek* | **Mario Valle**<br>*Naples* | **Dr. Onelia A. Fajardo**<br>*Miami* | |

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Determination was mailed to the above-named addressees this _____10_____ day of _____JANUARY_____, 2007 by U.S. Mail.

BY: _____Denise Crawford___ J.C.

Enclosure: Petition for Relief, in blank (Complainant)

## INVESTIGATIVE MEMORANDUM

FCHR: **200601798**
EEOC NO: **15D200603560**

Date: October 18, 2006

To: Office of the Executive Director

From: Emanuel Nicholson
      Investigator
      Employment Investigations Unit

**Ms. Elisabeth Fierro**                    **Complainant**
c/o Ms. Deborah M. Hallisky
The Law Office of Fredrick Charles Morello, P.A.
Daytona Beach, FL 32114
CERTIFIED MAIL

**Beaches Sandbar, Inc.**                  **Respondent**
c/o Mr. Gregory D. Snell
Snell Legal
700 West Granada Boulevard
Ormond Beach, FL 32174

### DECLARATION OF JURISDICTION

Respondent is **not** an employer within the meaning the Florida Civil Rights Act of 1992, as amended, (Chapter 760, Florida Statutes) and all jurisdictional requirements for coverage have not been met.

### FOCUS OF THE COMPLAINT

Complainant alleges to have been subjected to discrimination by way of discharge because of her **sex (female, pregnancy)**.

### SUMMARY OF RESPONDENT'S POSITION

Respondent's position is that the Florida Commission on Human Relations (Commission) has no jurisdiction over the company because it employed less than fifteen employees.

### SUMMARY OF INVESTIGATIVE FINDINGS

Evidence obtained during the investigation revealed the following:

1. Respondent submitted Employee Quarterly Reports (UCT-6 forms) and 941 forms for the periods of March 2005 through June 2006. During this time period, Respondent showed that it never had more than fifteen employees **(TAB D)**.

2. Ron Beach, owner of the Respondent, submitted a sworn statement stating that he had hired "only independent contractors and did not have any work contracts in the year 2005." Respondent hired a total of 11 employees in the year 2005 **(TAB D)**.

3. The Respondent sent in a 1099-MISC 2005 form confirming that Joe Decker was hired as an independent contractor **(TAB D)**.

## INVESTIGATIVE CONCLUSIONS

1. Based on information submitted by the Respondent, it has shown that it has had less than 15 employees over a 21 month time span. Employees listed on the UCT-6 forms include Complainant. Section 760.02(7), *Florida Statutes,* requires an employer to have at least 15 or more employees during 20 or more calendar weeks for the current or proceeding calendar year in order to be considered an employer and

2. The Commission lacks jurisdiction over the instant charge because Respondent is not an employer as defined in the Florida Civil Rights Act, Section 760.02(7), *Florida Statutes.*

## INDEX OF INVESTIGATIVE MATERIALS

TAB A       Complaint and Intake Materials
TAB B       Investigative Plan/Notes
TAB C       Complainant Substantial Materials
TAB D       Respondent Substantial Materials

8:24 PM
09/02/06

# Beaches Sandbar
## Payroll Transactions by Payee
### April 2005 through September 2006

| Date | Name | Num | Type | Memo | Account | Amount |
|------|------|-----|------|------|---------|--------|
| **Florida Unemployment Compensation Fund** | | | | | | |
| 4/17/2005 | Florida Unemployme... | 0 | Liability Check | 22221507 | Beaches Checking | -106.09 |
| 4/17/2005 | Florida Unemployme... | 2 | Liability Check | 22221507 | Beaches Checking | -14.15 |
| 4/17/2005 | Florida Unemployme... | 4 | Liability Check | 22221507 | Beaches Checking | -357.30 |
| 4/17/2005 | Florida Unemployme... | 7 | Liability Check | 22221507 | Beaches Checking | -199.12 |
| 4/17/2005 | Florida Unemployme... | 9 | Liability Check | 22221507 | Beaches Checking | -211.37 |
| **Total Florida Unemployment Compensation Fund** | | | | | | **-888.03** |
| **Blair, Melinda** | | | | | | |
| 4/12/2005 | Blair, Melinda | 5024 | Paycheck | | Beaches Checking | -8.66 |
| 4/12/2005 | Blair, Melinda | 5031 | Paycheck | | Beaches Checking | -13.48 |
| **Total Blair, Melinda** | | | | | | **-22.14** |
| **Bruce, Tracy** | | | | | | |
| 4/12/2005 | Bruce, Tracy | 5036 | Paycheck | | Beaches Checking | -15.60 |
| 6/8/2005 | Bruce, Tracy | 5277 | Paycheck | | Beaches Checking | -17.30 |
| 6/8/2005 | Bruce, Tracy | 5284 | Paycheck | | Beaches Checking | -32.23 |
| 7/4/2005 | Bruce, Tracy | 4569 | Paycheck | | Beaches Checking | -38.13 |
| 7/4/2005 | Bruce, Tracy | 4574 | Paycheck | | Beaches Checking | -38.15 |
| 9/18/2005 | Bruce, Tracy | 5503 | Paycheck | | Beaches Checking | -53.57 |
| 9/18/2005 | Bruce, Tracy | 5505 | Paycheck | | Beaches Checking | -65.47 |
| 9/18/2005 | Bruce, Tracy | 5509 | Paycheck | | Beaches Checking | -39.28 |
| 9/18/2005 | Bruce, Tracy | 5515 | Paycheck | | Beaches Checking | -81.28 |
| 9/18/2005 | Bruce, Tracy | 5519 | Paycheck | | Beaches Checking | -116.55 |
| **Total Bruce, Tracy** | | | | | | **-497.56** |
| **EBBITT, MARY** | | | | | | |
| 4/12/2005 | EBBITT, MARY | 5025 | Paycheck | | Beaches Checking | -26.54 |
| 4/12/2005 | EBBITT, MARY | 5028 | Paycheck | | Beaches Checking | -19.74 |
| 4/12/2005 | EBBITT, MARY | 5032 | Paycheck | | Beaches Checking | -30.46 |
| 5/16/2005 | EBBITT, MARY | 19789 | Paycheck | | Beaches Checking | -17.77 |
| 6/8/2005 | EBBITT, MARY | 5276 | Paycheck | | Beaches Checking | -31.65 |
| 6/8/2005 | EBBITT, MARY | 5285 | Paycheck | | Beaches Checking | -26.53 |
| 7/4/2005 | EBBITT, MARY | 4570 | Paycheck | | Beaches Checking | -26.54 |
| 7/4/2005 | EBBITT, MARY | 4575 | Paycheck | | Beaches Checking | -21.61 |
| 8/7/2005 | EBBITT, MARY | 5311 | Paycheck | | Beaches Checking | -42.70 |
| 9/18/2005 | EBBITT, MARY | 5506 | Paycheck | | Beaches Checking | -59.27 |
| 9/18/2005 | EBBITT, MARY | 5510 | Paycheck | | Beaches Checking | -7.92 |
| **Total EBBITT, MARY** | | | | | | **-310.73** |
| **Fierro, Elisabeth** | | | | | | |
| 12/13/2005 | Fierro, Elisabeth | 5539 | Paycheck | | Beaches Checking | -61.29 |
| 12/28/2005 | Fierro, Elisabeth | 5562 | Paycheck | | Beaches Checking | -51.24 |
| **Total Fierro, Elisabeth** | | | | | | **-112.53** |



PLAINTIFF'S
EXHIBIT
F

Beaches Sandbar

## Payroll Transactions by Payee
### April 2005 through September 2006

8:24 PM
09/02/06

| Date | Name | Num | Type | Memo | Account | Amount |
|------|------|-----|------|------|---------|--------|
| **Gibson, Ann M** | | | | | | |
| 4/12/2005 | Gibson, Ann M | 5026 | Paycheck | | Beaches Checking | -21.94 |
| 4/12/2005 | Gibson, Ann M | 5033 | Paycheck | | Beaches Checking | -32.78 |
| 5/16/2005 | Gibson, Ann M | 19790 | Paycheck | | Beaches Checking | -6.64 |
| 6/8/2005 | Gibson, Ann M | 5278 | Paycheck | | Beaches Checking | -12.19 |
| 6/8/2005 | Gibson, Ann M | 5286 | Paycheck | | Beaches Checking | -12.18 |
| 6/8/2005 | Gibson, Ann M | 5304 | Paycheck | | Beaches Checking | -15.95 |
| 8/7/2005 | Gibson, Ann M | 5540 | Paycheck | | Beaches Checking | -64.75 |
| 12/13/2005 | Gibson, Ann M | 5540 | Paycheck | | Beaches Checking | -81.83 |
| 12/13/2005 | Gibson, Ann M | 5541 | Paycheck | | Beaches Checking | -87.35 |
| 12/13/2005 | Gibson, Ann M | 5542 | Paycheck | | Beaches Checking | -112.98 |
| 12/13/2005 | Gibson, Ann M | 5543 | Paycheck | | Beaches Checking | -101.93 |
| 12/28/2005 | Gibson, Ann M | 5561 | Paycheck | | Beaches Checking | |
| **Total Gibson, Ann M** | | | | | | -550.52 |
| **GRAHAM, PATRICK** | | | | | | |
| 6/11/2006 | GRAHAM, PATRICK | 9832 | Paycheck | | Beaches Checking | -72.85 |
| 6/11/2006 | GRAHAM, PATRICK | 9835 | Paycheck | | Beaches Checking | -83.40 |
| 7/1/2006 | GRAHAM, PATRICK | 9844 | Paycheck | | Beaches Checking | -75.42 |
| 7/14/2006 | GRAHAM, PATRICK | 9847 | Paycheck | | Beaches Checking | -71.34 |
| 8/1/2006 | GRAHAM, PATRICK | 9853 | Paycheck | | Beaches Checking | -71.34 |
| 8/15/2006 | GRAHAM, PATRICK | 9856 | Paycheck | | Beaches Checking | -78.37 |
| 8/22/2006 | GRAHAM, PATRICK | 9860 | Paycheck | | Beaches Checking | -64.30 |
| **Total GRAHAM, PATRICK** | | | | | | -517.02 |
| **GUARNIERE, MELISSA** | | | | | | |
| 4/12/2005 | GUARNIERE, MELI... | 5029 | Paycheck | | Beaches Checking | -52.58 |
| 4/12/2005 | GUARNIERE, MELI... | 5034 | Paycheck | | Beaches Checking | -29.29 |
| 5/16/2005 | GUARNIERE, MELI... | 19791 | Paycheck | | Beaches Checking | -52.59 |
| 6/8/2005 | GUARNIERE, MELI... | 5279 | Paycheck | | Beaches Checking | -52.57 |
| 6/8/2005 | GUARNIERE, MELI... | 5287 | Paycheck | | Beaches Checking | -52.59 |
| 7/4/2005 | GUARNIERE, MELI... | 4571 | Paycheck | | Beaches Checking | -52.58 |
| 7/4/2005 | GUARNIERE, MELI... | 4576 | Paycheck | | Beaches Checking | -52.57 |
| 8/7/2005 | GUARNIERE, MELI... | 5312 | Paycheck | | Beaches Checking | -104.54 |
| 9/18/2005 | GUARNIERE, MELI... | 5507 | Paycheck | | Beaches Checking | -118.58 |
| 9/18/2005 | GUARNIERE, MELI... | 5511 | Paycheck | | Beaches Checking | -109.63 |
| 5/8/2006 | GUARNIERE, MELI... | 9818 | Paycheck | | Beaches Checking | -54.20 |
| 5/8/2006 | GUARNIERE, MELI... | 9821 | Paycheck | | Beaches Checking | -97.74 |
| 5/8/2006 | GUARNIERE, MELI... | 9824 | Paycheck | | Beaches Checking | -97.99 |
| 6/11/2006 | GUARNIERE, MELI... | 9833 | Paycheck | | Beaches Checking | -86.42 |
| 6/11/2006 | GUARNIERE, MELI... | 9836 | Paycheck | | Beaches Checking | -86.42 |
| 6/11/2006 | GUARNIERE, MELI... | 9838 | Paycheck | | Beaches Checking | -86.42 |
| 7/1/2006 | GUARNIERE, MELI... | 9845 | Paycheck | | Beaches Checking | -78.37 |
| 7/14/2006 | GUARNIERE, MELI... | 9848 | Paycheck | | Beaches Checking | -86.42 |
| 8/1/2006 | GUARNIERE, MELI... | 9854 | Paycheck | | Beaches Checking | -92.96 |
| 8/15/2006 | GUARNIERE, MELI... | 9857 | Paycheck | | Beaches Checking | -94.47 |
| 8/22/2006 | GUARNIERE, MELI... | 9861 | Paycheck | | Beaches Checking | -83.40 |
| **Total GUARNIERE, MELISSA** | | | | | | -1,621.33 |

8:24 PM
09/02/06

# Beaches Sandbar
## Payroll Transactions by Payee
### April 2005 through September 2006

| Date | Name | Num | Type | Memo | Account | Amount |
|------|------|-----|------|------|---------|--------|
| **Lozeau, Kim E** | | | | | | |
| 4/12/2005 | Lozeau, Kim E | 5021 | Paycheck | | Beaches Checking | -21.20 |
| 4/12/2005 | Lozeau, Kim E | 5022 | Paycheck | | Beaches Checking | -21.18 |
| 4/12/2005 | Lozeau, Kim E | 5027 | Paycheck | | Beaches Checking | -32.79 |
| 6/8/2005 | Lozeau, Kim E | 5280 | Paycheck | | Beaches Checking | -21.69 |
| 6/8/2005 | Lozeau, Kim E | 5288 | Paycheck | | Beaches Checking | -24.86 |
| 6/8/2005 | Lozeau, Kim E | 5293 | Paycheck | | Beaches Checking | -21.69 |
| 6/8/2005 | Lozeau, Kim E | 5295 | Paycheck | | Beaches Checking | -21.69 |
| 6/8/2005 | Lozeau, Kim E | 5297 | Paycheck | | Beaches Checking | -21.70 |
| 6/8/2005 | Lozeau, Kim E | 5298 | Paycheck | | Beaches Checking | -21.69 |
| 7/4/2005 | Lozeau, Kim E | 4577 | Paycheck | | Beaches Checking | -21.68 |
| 8/7/2005 | Lozeau, Kim E | 5313 | Paycheck | | Beaches Checking | -40.16 |
| 8/7/2005 | Lozeau, Kim E | 5316 | Paycheck | | Beaches Checking | -55.22 |
| 9/18/2005 | Lozeau, Kim E | 5512 | Paycheck | | Beaches Checking | -41.69 |
| 9/18/2005 | Lozeau, Kim E | 5524 | Paycheck | | Beaches Checking | -57.20 |
| 9/18/2005 | Lozeau, Kim E | | Paycheck | VOID: | Beaches Checking | 0.00 |
| 9/20/2005 | Lozeau, Kim E | 5525 | Paycheck | | Beaches Checking | -26.00 |
| 12/13/2005 | Lozeau, Kim E | 5544 | Paycheck | | Beaches Checking | -55.22 |
| 12/13/2005 | Lozeau, Kim E | 5545 | Paycheck | | Beaches Checking | -55.21 |
| 12/13/2005 | Lozeau, Kim E | 5546 | Paycheck | | Beaches Checking | -80.29 |
| 12/13/2005 | Lozeau, Kim E | 5547 | Paycheck | | Beaches Checking | -80.28 |
| 12/13/2005 | Lozeau, Kim E | 5548 | Paycheck | | Beaches Checking | -40.17 |
| 12/13/2005 | Lozeau, Kim E | 5549 | Paycheck | | Beaches Checking | -40.16 |
| 3/1/2006 | Lozeau, Kim E | 5570 | Paycheck | | Beaches Checking | -12.54 |
| 3/1/2006 | Lozeau, Kim E | 5571 | Paycheck | | Beaches Checking | -40.16 |
| 3/1/2006 | Lozeau, Kim E | 5572 | Paycheck | | Beaches Checking | -40.17 |
| 3/1/2006 | Lozeau, Kim E | 5573 | Paycheck | | Beaches Checking | -40.16 |
| 3/1/2006 | Lozeau, Kim E | 5574 | Paycheck | | Beaches Checking | -27.62 |
| 4/23/2006 | Lozeau, Kim E | 9801 | Paycheck | | Beaches Checking | -12.53 |
| 4/23/2006 | Lozeau, Kim E | 9805 | Paycheck | | Beaches Checking | -40.16 |
| 4/23/2006 | Lozeau, Kim E | 9807 | Paycheck | | Beaches Checking | -40.16 |
| 4/23/2006 | Lozeau, Kim E | 9808 | Paycheck | | Beaches Checking | -40.17 |
| 4/23/2006 | Lozeau, Kim E | 9809 | Paycheck | | Beaches Checking | -40.16 |
| 5/8/2006 | Lozeau, Kim E | 9819 | Paycheck | | Beaches Checking | -40.16 |
| 5/8/2006 | Lozeau, Kim E | 9822 | Paycheck | | Beaches Checking | -58.98 |
| 5/8/2006 | Lozeau, Kim E | 9825 | Paycheck | | Beaches Checking | -40.16 |
| **Total Lozeau, Kim E** | | | | | | **-1,274.90** |
| **Marais, Sheena** | | | | | | |
| 4/23/2006 | Marais, Sheena | 9802 | Paycheck | | Beaches Checking | -52.75 |
| 5/8/2006 | Marais, Sheena | 9820 | Paycheck | | Beaches Checking | -82.90 |
| 5/8/2006 | Marais, Sheena | 9823 | Paycheck | | Beaches Checking | -101.51 |
| 5/11/2006 | Marais, Sheena | 9834 | Paycheck | | Beaches Checking | -89.44 |
| 6/11/2006 | Marais, Sheena | 9837 | Paycheck | | Beaches Checking | -94.46 |
| 6/11/2006 | Marais, Sheena | 9839 | Paycheck | | Beaches Checking | -84.91 |
| 6/11/2006 | Marais, Sheena | 9840 | Paycheck | | Beaches Checking | -86.42 |
| 6/11/2006 | Marais, Sheena | 9841 | Paycheck | VOID: | Beaches Checking | 0.00 |
| 6/11/2006 | Marais, Sheena | 9842 | Paycheck | | aches Checking | -81.39 |

Beaches Sandbar
Payroll Transactions by Payee
April 2005 through September 2006

| Date | Name | Num | Type | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| 7/1/2006 | Marais, Sheena | 9846 | Paycheck | | Beaches Checking | -92.96 |
| 7/14/2006 | Marais, Sheena | 9849 | Paycheck | | Beaches Checking | -83.40 |
| 8/1/2006 | Marais, Sheena | 9855 | Paycheck | | Beaches Checking | -92.96 |
| 8/15/2006 | Marais, Sheena | 9858 | Paycheck | | Beaches Checking | -86.42 |
| 8/22/2006 | Marais, Sheena | 9862 | Paycheck | | Beaches Checking | -86.42 |
| **Total Marais, Sheena** | | | | | | **-1,115.94** |
| | | | | | | |
| **McCracken, Brian** | | | | | | |
| 12/13/2005 | McCracken, Brian | 5550 | Paycheck | | Beaches Checking | -28.64 |
| 12/13/2005 | McCracken, Brian | 5551 | Paycheck | | Beaches Checking | -58.27 |
| 12/28/2005 | McCracken, Brian | 5560 | Paycheck | | Beaches Checking | -110.07 |
| 12/28/2005 | McCracken, Brian | 5557 | Paycheck | | Beaches Checking | -111.58 |
| 3/1/2006 | McCracken, Brian | 5575 | Paycheck | | Beaches Checking | -112.58 |
| 4/23/2006 | McCracken, Brian | 9803 | Paycheck | | Beaches Checking | -112.58 |
| 4/23/2006 | McCracken, Brian | 9806 | Paycheck | | Beaches Checking | -121.13 |
| **Total McCracken, Brian** | | | | | | **-654.85** |
| | | | | | | |
| **McNall, Cheryl** | | | | | | |
| 12/28/2005 | McNall, Cheryl | 5559 | Paycheck | | Beaches Checking | -71.34 |
| 3/1/2006 | McNall, Cheryl | 5576 | Paycheck | | Beaches Checking | -82.89 |
| 4/23/2006 | McNall, Cheryl | 9804 | Paycheck | | Beaches Checking | -82.90 |
| **Total McNall, Cheryl** | | | | | | **-237.13** |
| | | | | | | |
| **PARROTT-McMAHON, SHERI** | | | | | | |
| 9/18/2005 | PARROTT-McMAH... | 5513 | Paycheck | | Beaches Checking | -28.77 |
| 9/18/2005 | PARROTT-McMAH... | 5516 | Paycheck | | Beaches Checking | -67.54 |
| 9/18/2005 | PARROTT-McMAH... | 5521 | Paycheck | | Beaches Checking | -78.46 |
| 9/18/2005 | PARROTT-McMAH... | 5528 | Paycheck | | Beaches Checking | -67.53 |
| **Total PARROTT-McMAHON, SHERI** | | | | | | **-242.30** |
| | | | | | | |
| **Perry, Maegann** | | | | | | |
| 4/12/2005 | Perry, Maegann | 5023 | Paycheck | | Beaches Checking | -53.75 |
| 4/12/2005 | Perry, Maegann | 5030 | Paycheck | | Beaches Checking | -53.57 |
| 4/12/2005 | Perry, Maegann | 5035 | Paycheck | | Beaches Checking | -57.67 |
| 5/16/2005 | Perry, Maegann | 19792 | Paycheck | | Beaches Checking | -47.14 |
| 6/8/2005 | Perry, Maegann | 5281 | Paycheck | | Beaches Checking | -47.16 |
| 6/8/2005 | Perry, Maegann | 5289 | Paycheck | | Beaches Checking | -50.07 |
| 7/4/2005 | Perry, Maegann | 4572 | Paycheck | | Beaches Checking | -52.58 |
| 7/4/2005 | Perry, Maegann | 4578 | Paycheck | | Beaches Checking | -52.58 |
| 8/7/2005 | Perry, Maegann | 5314 | Paycheck | | Beaches Checking | -104.54 |
| 9/18/2005 | Perry, Maegann | 5529 | Paycheck | | Beaches Checking | -118.57 |
| 9/18/2005 | Perry, Maegann | 5514 | Paycheck | | Beaches Checking | -108.63 |
| **Total Perry, Maegann** | | | | | | **-746.26** |

8:24 PM
09/02/06

# Beaches Sandbar
## Payroll Transactions by Payee
### April 2005 through September 2006

| Date | Name | Num | Type | Memo | Account | Amount |
|------|------|-----|------|------|---------|--------|
| **Phipps, Susie** | | | | | | |
| 6/8/2005 | Phipps, Susie | 5282 | Paycheck | | Beaches Checking | -8.25 |
| 6/8/2005 | Phipps, Susie | 5291 | Paycheck | | Beaches Checking | -9.01 |
| 6/8/2005 | Phipps, Susie | 5292 | Paycheck | | Beaches Checking | -29.29 |
| 6/8/2005 | Phipps, Susie | 5294 | Paycheck | | Beaches Checking | -15.53 |
| 6/8/2005 | Phipps, Susie | 5296 | Paycheck | | Beaches Checking | -20.63 |
| 7/4/2005 | Phipps, Susie | 4573 | Paycheck | | Beaches Checking | -20.44 |
| 7/4/2005 | Phipps, Susie | 4579 | Paycheck | | Beaches Checking | -24.37 |
| 9/18/2005 | Phipps, Susie | 5504 | Paycheck | | Beaches Checking | -53.59 |
| 9/18/2005 | Phipps, Susie | 5517 | Paycheck | | Beaches Checking | -68.19 |
| 9/18/2005 | Phipps, Susie | 5518 | Paycheck | | Beaches Checking | -43.45 |
| **Total Phipps, Susie** | | | | | | -292.75 |
| | | | | | | |
| **Shannon, Karen** | | | | | | |
| 6/8/2005 | Shannon, Karen | 5283 | Paycheck | | Beaches Checking | -21.62 |
| 6/8/2005 | Shannon, Karen | 5290 | Paycheck | | Beaches Checking | -30.46 |
| 9/18/2005 | Shannon, Karen | 5527 | Paycheck | | Beaches Checking | -39.28 |
| 9/18/2005 | Shannon, Karen | 5528 | Paycheck | | Beaches Checking | -37.68 |
| 9/18/2005 | Shannon, Karen | | Paycheck | VOID: | Beaches Checking | 0.00 |
| 9/20/2005 | Shannon, Karen | 5530 | Paycheck | | Beaches Checking | -56.54 |
| **Total Shannon, Karen** | | | | | | -185.58 |
| | | | | | | |
| **Wigley, Madeline** | | | | | | |
| 12/13/2005 | Wigley, Madeline | 5552 | Paycheck | | Beaches Checking | -58.27 |
| 12/13/2005 | Wigley, Madeline | 5553 | Paycheck | | Beaches Checking | -79.88 |
| 12/28/2005 | Wigley, Madeline | 5558 | Paycheck | | Beaches Checking | -68.33 |
| 12/28/2005 | Wigley, Madeline | 5556 | Paycheck | | Beaches Checking | -68.32 |
| **Total Wigley, Madeline** | | | | | | -274.80 |
| | | | | | | |
| **No name** | | | | | | |
| 6/12/2005 | | | Liability Adjust | | 6560 · Payroll Expen... | 0.00 |
| **Total no name** | | | | | | 0.00 |
| | | | | | | |
| **TOTAL** | | | | | | -9,544.37 |