**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ELISABETH A. FIERRO,**

        **Plaintiff,**

**-vs-**                                        **Case No.  6:07-cv-809-Orl-22DAB**

**BEACHES SANDBAR, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Motion for Attorneys' Fees (Doc. No. 38) filed on October 12, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed November 7, 2007 (Doc. No. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Motion for Attorneys' Fees (Doc. No. 38) is **GRANTED in part** and Plaintiff is awarded **$20,240.50** in attorneys' fees.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 27, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge