**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELISABETH A. FIERRO,**

    **Plaintiff,**

**-vs-**                **Case No. 6:07-cv-809-Orl-22DAB**

**BEACHES SANDBAR, INC.,**

    **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO COMPEL APPEARANCE OF RONALD BEACH AT DEPOSITION AND FOR SANCTIONS FOR HIS NON-APPEARANCE (Doc. No. 43)**
>
> **FILED:** November 28, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Following a default on liability and a damages determination in Plaintiff's favor against Beaches Sandbar, Inc. on October 1, 2007 (Doc. No. 37), Plaintiff issued a subpoena and Notice of Taking Deposition Duces Tecum in Aide of Execution for Ronald Beach. Doc. No. 43-2. The Notice and subpoena were personally served on Ronald Beach, president and sole owner of Beaches Sandbar, Inc., by the Volusia County Sheriff's Department on October 25, 2007. Doc. No. 43-2. However, Mr. Beach failed to appear for his deposition – or object to it – on November 26, 2007. Doc. No. 43-2. Plaintiff's counsel has learned that Beaches has closed its doors and stopped doing business on or

about October 30, 2007.  Doc. No. 43.  Plaintiff filed this Motion to Compel on November 28, 2007; no response has been filed.

It is **ORDERED** that Plaintiff's Motion to Compel Appearance of Ronald Beach at Deposition (Doc. No. 43) is **GRANTED** as follows:

1. Ronald Beach is **ORDERED** to attend his deposition and respond to the subpoena duces tecum which shall be re-noticed by Plaintiff to occur on or before January 15, 2008.  **RONALD BEACH'S FAILURE TO ATTEND HIS DEPOSITION OR RESPOND TO THE SUBPOENA MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING SANCTIONS FOR CONTEMPT OF COURT.**

2. Ronald Beach (personally) is **ORDERED** to pay Plaintiff a sanction of $500 for its reasonable costs and attorney's fees incurred in filing this Motion to Compel.

**DONE** and **ORDERED** in Orlando, Florida on December 17, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Mr. Ronald Beach